AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Eugene Church | ) | Case No: 12-40029-01-JAR |
|  | ) | USM No: 21906-031 |
| Date of Previous Judgment: 11/19/2012 | ) | Kirk C. Redmond |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   196   months **is reduced to**   157  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   11/19/2012   shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | 07/30/2015 | s/Julie A. Robinson |
|---|---|---|
| | | *Judge's signature* |
| Effective Date: | 11/01/2015 | Honorable Julie A. Robinson, US District Judge |
| | *(if different from order date)* | *Printed name and title* |