ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
__TOPEKA__ DISTRICT OF __KANSAS__

UNITED STATES OF AMERICA

v.

Case No. __12-40029-01__-JAR
(write the number of your criminal case)

__THOMAS EUGENE CHURCH__
Write your full name here.

## PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

**A. Housing and Employment**

Provide the full address where you intend to reside if you are released from prison:

404 N. Douglas, Longton, Kansas 67352

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

Thomas Church (son) Mobil Ph. 620-779-5242  Home ph. 620-642-2194

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

Thomas Church, Constance N. Church (son & Daughter-in-law)

Trisha May Church (daughter), E.T.C. (Grandson) 3 years old
S.S.C. (Granddaughter) 12 years old, B.R.C. (Granddaughter) 10 years old, G.F.C. (Granddaughter) 14 years old.

If you have employment secured, provide the name and address of your employer and describe your job duties.
Can work for my son or find work else where or file Social

Security

List any additional housing or employment resources available to you:

NO

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## B. Medical needs

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☐ Yes

☒ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Acetaminophen 325MG 2 tablets twice a day, Albuterol Inhaler 8.5 GM-2 puffs 4 times aday as needed, Atorvastatin 10 MG 1 daily Ipratropium HFA 12.9 GM MDI 2 puffs 4 times daily, Mometasone Furoate inhal 220 MG 2 puffs each morning

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes

☒ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

__N/A_____

_____

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

_Private transpertation Son, Daughter-in-law, Daughter_

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_11-4-20_
Date

_Thomas Church_ (signature)
Signature

_Thomas Eugene Church_
Name

_21906-031_
Bureau of Prisons Register #

_Federal Prison Camp  Leavenworth, Kansas_
Bureau of Prisons Facility

_1300 Metropolitan (P.O. Box 1000) Leavenworth, Kansas 66048_
Institution's Address