## RESPONSE TO INMATE REQUEST TO STAFF MEMBER
## (COP-OUT)



**Inmate's Name:** Church, Thomas Eugene
**Reg. No.:** 21906-031
   **Unit:** Camp
   **Cell:** F06-010L

This is in response to Inmate Request to Staff, in which you request consideration for a Compassionate Release/Reduction in Sentence (RIS) in accordance with Program Statement 5050.50. Specifically, you request a Compassionate Release/RIS because of your medical conditions and age. You state that the Coronavirus Pandemic constitutes an "extraordinary and compelling" reason for release.

In accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence, Procedures for Implementation, 18 U.S.C. 3582(c)(1)(A) and 4205 (g)</u>, an inmate may initiate a request for consideration only when there are particularly extraordinary or compelling circumstances. The circumstances the Bureau of Prisons considers are under the following criteria:

- Terminal Medical Condition
- Debilitated Medical Condition
- Non-Medical Circumstances-Elderly Inmates
- Elderly Inmates with Medical Conditions
- Death or Incapacitation of the Family Member CareGiver
- Incapacitation of a Spouse or Registered Partner

Your medical conditions do not meet the criteria listed above. The Bureau of Prisons is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are dissatisfied with this response, you may appeal the decision through the Administrative Remedy process.

_____         10-7-2020
D. Hudson, Warden                                            Date